UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY R. LUALHATI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No.: C-10-0341 MMC<br><br>[proposed] ORDER ASSIGNING CASE TO MAGISTRATE JUDGE EDWARD M. CHEN |

Pursuant to the joint request of the parties, this case is hereby assigned to United States Magistrate Judge Edward M. Chen to conduct any and all further proceedings in this case and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: February 25, 2010

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE