MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY R. LUALHATI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. C10- 00341 EMC <br><br> STIPULATION AND ORDER CONCERNING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff does not object to the Commissioner's opposition to Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA) as being untimely filed. The parties further stipulate that the EAJA matter be submitted on the briefs and respectfully request that the hearing scheduled for November 24, 2010 be cancelled.

    The parties further agree that, should this Court award any EAJA fees, the Commissioner withdraws section C of his opposition to Plaintiff's motion (Docket # 27), and the Order awarding fees contain the following language:

    The government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the

1  United States Department of the Treasury's Offset Program.  The government will determine whether the
2  fees awarded are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, unless the
3  Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall
4  cause the payment of fees, expenses and costs to be made directly to Barbara M. Rizzzo to the assignment
5  executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

Dated: November 10, 2010     /s/ *Barbara M. Rizzo*
                             *(As authorized via telephone)*

                             BARBARA M. RIZZO
                             P. O. Box 15
                             Moss Beach, CA 94038

                             Attorney for Plaintiff


                             MELINDA L. HAAG
                             United States Attorney


Dated: November 10, 2010     By: /s/ *Elizabeth Firer*
                             ELIZABETH FIRER
                             Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.
Parties shall appear by telephone. Court will initiate call.

Dated: 11/22/10              _____
                             EDWARD M. CHEN
                             United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2